IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JEFFREY THOMAS FARMER,      )
                            )
        Plaintiff,           )
                            )
    v.                      )   CIVIL NO. 1:04CV00691
                            )
STEVE BERRYMAN,             )
                            )
        Defendant.          )

ORDER and JUDGMENT

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED AND ADJDUGED that Defendant's motion to dismiss [Pldg. #12] is **GRANTED**, and this action is **DISMISSED** with prejudice.

Plaintiff's motions are **DENIED** as moot.

_____
United States District Judge

May 19, 2005